SARAH M. DISBROW, Respondent and Appellant, *v.* GRIFFIN B. DISBROW, Individually and as Trustee, et al., Appellants and Respondents, Impleaded with Others.

*Disbrow* v. *Disbrow,* 46 App. Div. 111, affirmed.
(Argued May 21, 1901; decided June 4, 1901.)

CROSS-APPEALS from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 31, 1900, which affirmed an interlocutory judgment of Special Term directing the removal of the defendants Griffen B. Disbrow and George A. Disbrow as trustees, and directing an accounting, and modified and affirmed as modified a final judgment entered upon the report of a referee.

*Jacob F. Miller* for defendants, appellants and respondents.

*James R. Fancher* for plaintiff, respondent and appellant.

Judgment affirmed, without costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON, CULLEN and WERNER, JJ.

---

FRANCIS T. WALTON, Respondent, *v.* ROBERT A. CHESEBROUGH, Appellant.

*Walton* v. *Chesebrough,* 39 App. Div. 665, affirmed.
(Argued May 21, 1901; decided June 4, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 10, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*William C. Cammann* for appellant.

*Maurice Rapp* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, LANDON, CULLEN and WERNER, JJ.